JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM N. WASHINGTON, ) | CASE NO. CV 13-4442-VAP (PJW) |
| ) | |
| Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| ) | |
| PEOPLE OF THE STATE OF ) | |
| CALIFORNIA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Pursuant to the Order Dismissing Habeas Corpus Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: June 26, 2013 .

/s/ Virginia A. Phillips

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\194_LA13CV04442-VAP-(PJW) Williams v. People of the State of Calif_Prop Judgment Dismissing Petition.wpd